UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NOTICE OF DOCUMENT DISCREPANCIES AND ORDER THEREON

CASE NO.: 12-cv-03062-L-BGS        CASE TITLE: The Protect Our Communities Foundation et al v. Chu et al

E-FILED DATE: 12/24/2015           DOCKET NO.: 100
DOCUMENT TITLE: Response
DOCUMENT FILED BY: Backcountry Against Dumps, Donna Tisdale

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

| | Civil Local Rule or Electronic Case Filing Administrative Policies and Procedures Manual provision ("ECF") | Discrepancy |
|---|---|---|
| x | | |
| | ECF § 2(k) | Missing table of contents of exhibits |
| | ECF § 2(a), (g) | Docket entry does not accurately reflect the document(s) filed. Document is an Ex Parte Motion |
| | ECF § 2(f) | Joint Motion missing signature certification |
| X | ECF § 2(g)(2) | **Proof of Service not Filed as Separate Attachment** |
| | Civ. L. Rule 7.1 or 47.1 | Missing Hearing Date |
| | Civ. L. Rule 7.1 or 47.1 or Crim. L. Rule 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| | Civ. L. Rule 7.1 or 47.1 | Briefs or memoranda exceed length restrictions. Absent court order, Replies must be limited to 10 pages |
| | Civ. L. Rule 7.1 | Missing table of contents |
| | Civ. L. Rule 5.1 | Document text sub-14-point font |
| | Civ. L. Rule 5.2 and ECF 2(d) | Missing Proof of Service |

**IT IS HEREBY ORDERED**:

| | |
|---|---|
| X | The documents are accepted despite the discrepancy noted above. **ANY FURTHER NON-COMPLIANT DOCUMENTS MAY BE STRICKEN FROM THE RECORD.** |
| | The documents are rejected. It is ordered that the Clerk **STRIKE** the documents from the record, and serve a copy of this order on all parties. |

**COUNSEL IS ADVISED THAT ANY FURTHER FAILURE TO COMPLY WITH THE LOCAL RULES OR ELECTRONIC CASE FILING ADMINISTRATIVE POLICIES AND PROCEDURES MANUAL MAY LEAD TO PENALTIES.**

DATED: December 30, 2015

_____
M. James Lorenz
United States District Court Judge