

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Backcountry Against Dumps, Donna Tisdale | Civil Action No. 12-cv-03062-L-JLB |
| **Plaintiff,** | |
| V. | |
| See attached | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiffs' request for vacatur is Denied. Plaintiffs' request for a permanent injunction is Denied. This case is remanded to Department of Energy for preparation of a supplemental environmental impact statement that addresses the deficiencies identified in this Court's previous orders. Judgment is entered for Plaintiffs. Plaintiffs' request for retained jurisdiction is Denied. Defendants' ex parte motion for oral argument is Denied as Moot.

Date: 8/29/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ S. Tweedle

S. Tweedle, Deputy

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**   12-cv-03062-L-JLB

Dr. Steven Chu, in his official capacity as Secretary of the United States Department of Energy; United States Department of Energy, a federal agency; Ken Salazar, in his official capacity as Secretary of the Interior; Karen A. Goebel, in her official capacity as Assistant Field Supervisor for the United States Fish and Wildlife Service; United States Fish and Wildlife Service, an agency of the United States Department of Interior; Dr. Ernest Moniz, in his official capacity as Secretary of the United States Department of Energy; Sally Jewell, in her official capacity as Secretary of the Interior; Jerry Pell, in his official capacity as Principal NEPA Document Manager for Permitting, Siting and Analysis for the United States Department of Energy Office of Electricity Delivery and Energy Reliability

                              Defendants,

Energia Sierra Juarez U.S. Transmission, LLC

                              Intervenor Defendant